FILED
CLERK, U.S. DISTRICT COURT
MAR 19 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO ROBERTO ORTIZ, JR., <br><br> Petitioner, <br><br> v. <br><br> VICTOR ALMAGER, Warden, <br><br> Respondent. | NO. CV 05-0052 PSG (FMO) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 3/19, 2008.

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE